

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2021

No. 04-21-00293-CR

John Anthony **CLEDE,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR3767
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

The reporter's record was originally due on August 23, 2021. After no reporter's record was timely filed, we ordered court reporter Erminia Uviedo to file the record by October 7, 2021. *See* TEX. R. APP. P. 37.3(a). After the due date, the court reporter filed a notification of late record and asked for additional time to file the record.

The reporter's request is GRANTED. We ORDER court reporter Erminia Uviedo to file the record with this court by October 15, 2021. *See* TEX. R. APP. P. 35.3(c) (limiting any extension in an ordinary appeal to thirty days).

If the reporter's record is not filed with this court as ordered, any further requests for additional time to file the record must be accompanied by a signed, written status report.

The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks).

The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the extended date. A preferred form for the status report, with an accompanying example, is attached.

_____
Patricia O. Alvarez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court